# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2020

*The Court of Appeals hereby passes the following order:*

## A20A0198.  CUPPETT v. MIRTSCHINK et al.

We granted plaintiff Sharon Cuppett's interlocutory application to consider whether the trial court erred in applying Alabama law to this action, which arises from Cuppett's fall down a flight of stairs at the defendants' Alabama lake house. The interlocutory appeal was docketed on August 14, 2019.

Having reviewed the record and the applicable law, we now DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/05/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*